**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 471 MAL 2019

         Respondent                :

                                         :   Petition for Allowance of Appeal

                                         :   from the Order of the Superior Court

         v.                            :

                                         :

KYLE AKEEM SANTIAGO,               :

                                         :

         Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 19th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.